## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.   05-cr-00058-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BERNABE SANCHEZ-AGUIRRE,

    Defendant.

---

## ORDER

---

    PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Lewis T. Babcock, United States District Judge, on July 24, 2012, it is hereby

    ORDERED that Defendant Bernabe Sanchez-Aguirre is sentenced to **TIME SERVED.**

    Dated:  July 24, 2012.

                                    BY THE COURT:

                                      s/ Lewis T. Babcock
                                      LEWIS T. BABCOCK,
                                      UNITED STATES DISTRICT JUDGE